UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| Tarek Samee, | ) | Case No.: 8:09-2561-T-30EAJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Abdul Jawad and White Front | ) | |
| Pharmacy Benefit Plan, | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT ORDER**

THIS MATTER COMES BEFORE THE COURT upon motion of the Plaintiff, with consent of the Defendant, to dismiss the matter *sub judice* without prejudice pursuant to Fed.R.Civ.P. 41(a). The parties have further agreed that each will bear his own attorneys' fees and costs. The Plaintiff advises that he does not wish to pursue his claim further at this time and the court sees no reason to compel him to do so especially in light of the Defendant's consent to the dismissal without prejudice. Upon motion of the Plaintiff and with the consent of the Defendant, the court does, for good cause shown, hereby dismiss the matter *sub judice* without prejudice pursuant to Fed.R.Civ.P. 41(a).

AND IT IS SO ORDER.

_____
The Honorable James S. Moody, Jr.
United States District Judge

Date: 27 Jan. 2011

1